UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.:   6:24-cv-02092-RBD-DCI

HOWARD COHAN,

    Plaintiff,

vs.

HZ O DONUTS LLC
a Foreign Limited Liability Company
d/b/a DUNKIN DONUTS #203

    Defendant(s).
_____/

## JOINT NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, HZ O DONUTS LLC, a Foreign Limited Liability Company, d/b/a DUNKIN DONUTS #203, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED April 11, 2025.

| | |
|---|---|
| By: /s/ Gregory S. Sconzo | By: /s/ Gretchen M. Lehman |
| Gregory S. Sconzo, Esq. | Gretchen M. Lehman |
| Florida Bar No.: 0105553 | Florida Bar No: 0046365 |
| Sconzo Law Office, P.A. | OGLETREE, DEAKINS, NASH, |
| 300 Avenue of the Champions, Suite 260 | SMOAK & STEWART, P.C. |
| Palm Beach Gardens, FL 33418 | 100 North Tampa Street, Suite 3600 |
| Telephone: (561) 729-0940 | Tampa, FL 33602 |

| | |
|---|---|
| Facsimile: (561) 491-9459 | Telephone: 813.221.7239 |
| Email: greg@sconzolawoffice.com | Facsimile: 813.289.6530 |
| Email: shtalia@sconzolawoffice.com | gretchen.lehman@ogletreedeakins.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 11, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

          **/s/ Gregory S. Sconzo**
          **Gregory S. Sconzo, Esq.**